After reviewing the record, we cannot say that the district court clearly erred when it denied appellant relief under the safety valve. *See United States v. Ajugwo*, 82 F.3d 925, 929 (9th Cir.1996) (reviewing denial of safety-valve relief for clear error). To the extent the district court should have specifically addressed the safety-valve criteria on the record at the sentencing hearing, *see* Fed.R.Crim.P. 32(i)(3)(B), we find no plain error in its failure to do so. That failure did not affect appellant's substantial rights inasmuch as she received a sentence below the 10–year mandatory minimum sentence applicable to her crime. *See* Fed.R.Crim.P. 52(b) (stating that claims not raised in the district court cannot lead to reversal on appeal unless they affect the defendant's substantial rights); *cf. also United States v. Benz*, 472 F.3d 657, 661–62 (9th Cir.2006) (holding that error relating to the mandatory minimum affects a defendant's substantial rights).

**AFFIRMED.**

Bart J. Miesfeld, Office of the City Attorney, City of Chula Vista, Chula Vista, CA, John G. Madsen, Esq., Liebman Quigley Sheppard & Soulema, San Diego, CA, for Defendants–Appellees.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

### ORDER

The panel has voted to withdraw sua sponte the unpublished memorandum disposition filed April 24, 2007, 229 Fed.Appx. 507. A memorandum disposition filed concurrently with this order is filed in its place.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R.App. P. 35.

The petition for rehearing en banc is denied.

---

**Judy Faye Coggins RAY, Plaintiff—Appellant,**

v.

**Matthew TSUNODA; et al., Defendants—Appellees.**

No. 05–56879.

United States Court of Appeals, Ninth Circuit.

Aug. 20, 2007.

Judy Faye Coggins Ray, Chula Vista, CA, pro se.

---

**Red CULBERTSON, Petitioner–Appellant,**

v.

**Joseph L. MCGRATH, Warden, Respondent–Appellee.**

No. 05–56722.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2007.

Filed Aug. 20, 2007.

Patricia A. Andreoni, Esq., Sylmar, CA, for Petitioner–Appellant.